UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEREK BOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:21-cv-03082-JRS-CSW |
| | ) |
| MARY WILLIAMS Nurse, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed**. All claims are **dismissed with prejudice** except state-law claims of negligence, medical malpractice, and intentional infliction of emotional distress. Those claims are dismissed **without prejudice** to refiling in an appropriate forum.

The Court now enters **FINAL JUDGMENT**.

Date: 1/16/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

DEREK BOYD
2526 North B Street
Elwood, IN 46036

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com

Jeb Adam Crandall
BLEEKE DILLON CRANDALL ATTORNEYS
jeb@bleekedilloncrandall.com

Travis W. Montgomery
Bleeke Dillon Crandall, P.C.
travis@bleekedilloncrandall.com